175-16
176-16
177-16

# ELECTRONIC RECORD

COA # 04-15-00189-CR          OFFENSE: SEXUAL ABUSE OF A CHILD

STYLE: THE STATE OF TEXAS V. JAMES NORMAN EVANS          COUNTY: KENDALL

COA DISPOSITION: REVERSED AND REMANDED          TRIAL COURT: 216TH DISTRICT COURT

DATE:01/20/2016          Publish:          NO CASE #: 5623

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»          CCA #:          175-16
                                                      176-16
__APPELLEE'S__ Petition          CCA Disposition:     177-16
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:
__REFUSED__          JUDGE:
DATE: 05/04/2016          SIGNED:          PC:
JUDGE: Per Curiam          PUBLISH:          DNP:

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS:
JUDGE: